No. — — ——. POWELL v. MARTIN MARIETTA ENERGY SYSTEMS, INC. Motion to direct the Clerk to file out-of-time application for extension of time within which to file petition for writ of certiorari denied.

No. — — ——. WILLIAMS v. KOEHLER. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–363. HUNTER v. McKEITHEN, SECRETARY OF STATE OF LOUISIANA, ET AL. Application for injunction and stay pending appeal from the United States District Court for the Western District of Louisiana, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE MARSHALL and JUSTICE STEVENS would grant the application.

No. D–692. IN RE DISBARMENT OF KALK. Joseph Kalk, of Cleveland, Ohio, having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on April 4, 1988 [485 U. S. 984], is hereby discharged.

No. D–919. IN RE DISBARMENT OF NICHOLS. Disbarment entered. [For earlier order herein, see 497 U. S. 1045.]

No. D–952. IN RE DISBARMENT OF PORTER. It is ordered that John W. Porter, Jr., of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–953. IN RE DISBARMENT OF KANAREK. It is ordered that Irving Alan Kanarek, of Santa Ana, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–954. IN RE DISBARMENT OF DOHE. It is ordered that Virgil D. Dohe, of Aurora, Colo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.